# FEDERAL DEFENDERS OF WESTERN NORTH CAROLINA, INC.

The Grove Arcade
One Page Avenue
Suite 210
Asheville, North Carolina 28801

Executive Director
Claire J. Rauscher

Phone (828)232-9992
Facsimile (828)232-5575

January 28, 2006

The Honorable Dennis Howell
U.S. Magistate Judge
U.S. Courthouse
100 Otis Street
Asheville, NC 28801

FILED
IN COURT
ASHEVILLE, N. C.

JAN 30 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

RE: **United States v. Warren B. Messner, Jr.**

Dear Judge Howell:

Warren B. Messner, Jr. contacted our office asking us to represent him on a potential case being considered by the U.S. Attorney's Office. Enclosed is the target letter he received from prosecutor Richard Edwards. He has completed a Financial Affidavit, which is attached.

Our office will be happy to accept the appointment if you determine that he qualifies for the services of the Community Defender. Please call me if you have any questions. Thank you.

Sincerely,

Fredilyn Sison
Asst. Federal Defender

cc: Warren B. Messner, Jr.

*Motion for appointed counsel is allowed this the 30th day, 2006*